1  MARGARET C. BELL (SBN:156879)
   Email: mbell@albblaw.com
2  MICHAEL J. O'CONNOR, JR. (SBN:202734)
   Email: moconnor@albblaw.com
3  ANDREWS · LAGASSE · BRANCH & BELL LLP
   11232 El Camino Real, Suite 250
4  San Diego, CA 92130
   Telephone: (858) 345-5080
5  Facsimile: (858) 345-5025

6  Attorneys for Defendants
   GORDON BIERSCH BREWERY RESTAURANT and
7  CRAFTWORKS RESTAURANTS AND BRWERIES, INC.

8
9
10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12
13

14  SEBASTIAN DEFRANCESCO, SCOTT POPE,    Case No.: C11-00224 SI
    and SIMON WONG,
15
              Plaintiffs,                 **STIPULATION BY ALL PARTIES FOR
16                                        BRIEF EXTENSION OF TIME FRAMES TO
    v.                                    "MEET AND CONFER" RE SETTLEMENT
17                                        AND FILE NOTICE OF NEED TO
                                          MEDIATE UNDER NORTHERN DISTRICT
18  GORDON BIERSCH BREWERY                OF CALIFORNIA GENERAL ORDER
    RESTAURANT; CRAFTWORKS                NO. 56**
19  RESTAURANTS AND BREWERIES, INC.;
    PPF OFF 345 SPEAR STREET, LP; MORGAN
20  STANLEY; AND DOES 1-10,
    Inclusive,
21
              Defendants.
22

23

24      Pursuant to the court's Order dated April 1, 2011, the Honorable Judge Susan Illston approved of

25  the Stipulation among all parties to postpone certain timeframes for case activities which arose by

26  operation of Northern District of California General Order No. 56 for litigation involving the Americans

27  with Disabilities Act.

                                          1
28  STIPULATION FOR AN EXTENSION OF TIME TO MEET AND CONFER RE SETTLEMENT AND FILE NOTICE OF NEED FOR MEDIATION

                                                                        C11-00224-SI

Since the Court issued the April 1, 2011 Order, the Parties have accomplished the Initial Disclosures and Joint Site Inspection required under General Order No. 56 and the April 1, 2011 Order.

Unfortunately, after the Joint Site Inspection attended by all parties, Plaintiffs' expert became unexpectedly and seriously ill, and he was unable to complete his report regarding his findings from the inspection within the originally contemplated timeframe. Therefore, the Parties postponed their "meet and confer" efforts regarding settlement (because they are and were dependent upon the expert report to undertake such negotiations.) As a result, Plaintiffs postponed filing their "Notice of Need for Mediation" under General Order No. 56.

Due to the continuing illness of Plaintiffs' expert and the related delays described above, the parties entered into a Stipulation to extend the timeframes set forth in General Order No. 56 and the Court's April 21, 2010 Order to allow more time to receive Plaintiffs' expert report, and in turn to "meet and confer regarding settlement" and more time for the filing of a "Notice of Need for Mediation."

Plaintiff's expert report was recently circulated on October 12, 2011. However, the parties still must evaluate the report, "meet and confer" and discuss settlement, and if necessary thereafter file a notice for need for mediation. Due the delays described above, the parties wish to enter into an additional Stipulation to briefly extend the timeframes set forth in General Order No. 56 and the Court's April 21, 2010 Order to allow more time to "meet and confer regarding settlement" and more time for the filing of a "Notice of Need for Mediation." In doing so, the parties are cognizant of the time they will need to evaluate Plaintiff's report in order to meet and confer and respond, as well as readily apparent challenges related to availability of counsel and the parties during the impending Holiday season. As such, the parties have discussed and arrived at a schedule which will allow the parties to undertake the activities described above, while also continuing their efforts to diligently move this matter forward.

Therefore, the parties hereby STIPULATE, and request that the Court enter an Order affirming, that the timeframes for the following activities be extended as follows:

1) On or before Monday, December 5, 2011, the parties shall meet and confer in person regarding settlement of the action; and

2

2) On or before Monday, December 12, 2011, the Plaintiffs shall file a Notice of Need for Mediation if the parties are unable to reach a settlement agreement by way of their meet and confer efforts.

ACCORDINGLY, the Parties agree to the Stipulation, upon the conditions set forth above. This Stipulation may be executed in counterparts and facsimile signatures will be deemed original signatures.

Dated: October 27, 2011                                  LORBER, GREENFIELD & POLITO, LLP

By: /s/ Lisa M. Cappelluti
    LISA M. CAPPELLUTI
    SHERYL A. TRAUM
    Attorneys for Defendants PPF OFF 345
    SPEAR STREET, LP and MORGAN
    STANLEY

Dated: October 27, 2011                                  LAW OFFICES OF PAUL L. REIN

By: /s/ Paul L. Rein
    PAUL L. REIN
    CELIA MCGUINESS
    CATHERINE M. CABALO
    Attorneys for Plaintiffs SEBASTIAN
    DEFRANCESCO, SCOTT POPE, and SIMON
    WONG

Dated: October 27, 2011
                                                         ANDREWS LEGASSE BRANCH & BELL LLP

By: /s/ Michael J. O'Connor, Jr.
    MARGARET C. BELL
    MICHAEL J. O'CONNOR, JR.
    Attorneys for Defendants GORDON BIERSCH
    BREWERY RESTAURANT and
    CRAFTWORKS RESTAURANTS AND
    BRWERIES, INC.


IT IS SO ORDERED
Judge Susan Illston

3
STIPULATION FOR AN EXTENSION OF TIME TO MEET AND CONFER RE SETTLEMENT AND FILE NOTICE OF NEED FOR MEDIATION

C11-00224-SI

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.:<br>MARGARET C. BELL (SBN: 156879)      Tel: (858) 345-5080<br>MICHAEL J. O'CONNOR, JR. (SBN: 202734)<br>ANDREWS · LAGASSE · BRANCH & BELL LLP<br>11232 El Camino Real, Suite 250<br>San Diego, CA 92130 | |
| SHORT CASE TITLE<br>DeFrancesco, et al. v. Gordon Biersch, et al. | |
| ATTORNEY FOR DEFENDANT:<br>Gordon Biersch Brewery Restaurant | CASE NUMBER<br>C11-00224-SI |

I, the undersigned, declare and state as follows:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11232 El Camino Real, Suite 250, San Diego, California 92130.

On **October 31, 2011**, I electronically filed and served a true and correct copy of the within document(s):

1. **STIPULATION BY ALL PARTIES FOR BRIEF EXTENSION OF TIME FRAMES TO "MEET AND CONFER" RE SETTLEMENT AND FILE NOTICE OF NEED TO MEDIATE UNDER NORTHERN DISTRICT OF CALIFORNIA GENERAL ORDER NO. 56**

[X] I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

Paul L. Rein
Email: reinlawoffice@aol.com
Celia McGuinness
Catherine M. Cabalo
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
(510) 832-5001 / Fax: (510) 832-4787
Attorneys for Plaintiffs
SEBASTIAN DEFRANCESCO,
SCOTT POPE and SIMON WONG

Lisa M. Cappelluti
Sheryl Traum
Email: straum@lorberlaw.com
Lorber, Greenfield & Polito, LLP
150 Post Street, Suite 700
San Francisco, CA 94108
(415) 986-0688 / Fax: (415) 986-1172
Attorneys for MORGAN STANLEY and PPF OFF 345 SPEAR STREET LP

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 31, 2011, at San Diego, California.

*/s/ Cirila Trujillo*
Cirila Trujillo

1

PROOF OF SERVICE