UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GORDON BIERSCH BREWERY RESTAURANT, et al.,<br><br>  Defendants. | Case No.: C-11-00224-YGR<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO RE-SET CASE MANAGEMENT CONFERENCE** |

Having carefully reviewed the Request of Defendants Morgan Stanley and PPF Off 345 Spear Street, LP for Change of Case Management Conference Date and the Stipulation of All Counsel Agreeing to the Request (Dkt. No. 38), the Court hereby VACATES the Case Management Conference scheduled for April 16, 2012 and re-sets the conference for April 30, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**