# UNITED STATES DISTRICT COURT

## Northern District of California

## Oakland Division

| | |
|---|---|
| SEBASTIAN DEFRANCESCO, et al.,<br>Plaintiffs, | No. C 11-0224 YGR |
| v.<br>GORDON BIERSCH BREWERY RESTAURANT, et al.,<br>Defendants. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: May 14, 2012<br>Evaluator: Howard Herman |

IT IS HEREBY ORDERED that the request to excuse defendants Morgan Stanley and PPF Off 345 Spear Street, LP's insurer representative from personal attendance at the May 14, 2012, mediation session before Howard Herman is GRANTED. The representative shall particiapte telephonically for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 11, 2012         By: _____
Dated                            Donna M. Ryu
                                 United States Magistrate Judge