UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEBASTIAN DEFRANCESCO, et al.,

  Plaintiffs,

  vs.

GORDON BIERSCH BREWERY RESTAURANT, et al.,

  Defendants.

Case No.: C-11-00224-YGR

**ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DATE**

Having carefully reviewed the Joint Stipulation and Request for Continuance of Case Management Conference Date (Dkt. No. 43), the Court hereby VACATES the Case Management Conference scheduled for April 30, 2012 and re-sets the conference for June 11, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**