UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

DEFRANCESCO, et al.,
    Plaintiffs,

v.

GORDON BIERSCH BREWERY RESTAURANT, et al.,
    Defendants.
_____/

No. C 11-224 YGR

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: May 14, 2012
Mediators: Howard Herman

IT IS HEREBY ORDERED that the request to excuse defendants Gordon Biersch Brewery Restaurant and Craftworks Restaurants and Breweries, Inc.'s insurance representative, Katelyn Santoro, from personal attendance at the May 14, 2012, mediation before Howard Herman is DENIED. Ms. Santoro shall appear in person at the mediation session.

IT IS SO ORDERED.

May 2, 2012

Dated

By: _____
Donna M. Ryu
United States Magistrate Judge