Paul L. Rein, Esq.  (SBN 43053)
Celia McGuinness, Esq. (SBN 159420)
Catherine M. Cabalo, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
E-mail:  reinlawoffice@aol.com

Attorneys for Plaintiffs
SEBASTIAN DEFRANCESCO, SCOTT POPE,
and SIMON WONG

*Counsel for Defendants Appear after Caption Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO, SCOTT POPE, and SIMON WONG,<br><br>Plaintiffs,<br><br>v.<br><br>GORDON BIERSCH BREWERY RESTAURANT; CRAFTWORKS RESTAURANTS AND BREWERIES, INC.; PPF OFF 345 SPEAR STREET, LP; MORGAN STANLEY; AND DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 4:11-cv-00224 YGR<br><br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

LORBER, GREENFIELD & POLITO, LLP
Lisa M. Cappelluti, Esq., SBN 176568
Sheryl Traum, Esq., SBN 139328
150 Post Street, Suite 700
San Francisco, California 94108
TEL: (415) 986-0688 / FAX: (415) 986-1172
straum@lorberlaw.com

Attorneys for Defendants PPF OFF 345 SPEAR STREET, LP
and MORGAN STANLEY

Margi C. Bell (SBN 156879)
Michael J. O'Connor, Jr. (SBN 202734)
**ANDREWS LAGASSE BRANCH & BELL LLP**
11232 El Camino Real, Suite 250
San Diego, CA  92130
Tel: (858) 345-5071
Fax: (858) 345-5072
moconnor@albblaw.com

Attorneys for Defendants
GORDON BIERSCH BREWERY RESTAURANT and
CRAFTWORKS RESTAURANTS AND BREWERIES, INC.

To this Honorable Court:

    The parties, by and through their respective attorneys, hereby jointly stipulate to continue the Case Management Conference currently scheduled for June 11, 2012, to any date convenient for the Court and Counsel after June 13, 2012.  Good cause exists for this continuance because the sole remaining issue in this case is plaintiffs' receipt of payment for their damages and attorney fees, due on June 13, 2012, pursuant to the Court Enforceable Settlement Agreement.  Defendants have prepared a dismissal and plaintiffs' counsel will sign it for filing with the Court once payment has been received by plaintiffs.


Dated:  June 6, 2012                LAW OFFICES OF PAUL L. REIN

                                     ___/s/ Paul L. Rein_____
                                     By:  Paul L. Rein, Esq.
                                     Attorneys for Plaintiff SEBASTIAN
                                     DEFRANCSECO, SCOTT POPE, and
                                     SIMON WONG

| | | |
|---|---|---|
| 1 | Dated: June 7, 2012 | LORBER, GREENFIELD & POLITO, LLP<br>Lisa M. Cappelluti, Esq.<br>Lisa G. Schlittner |

   /s/ Lisa G Schlitner_____
By:
Attorneys for Defendants PPF OFF 345 SPEAR STREET, LP and MORGAN STANLEY

Dated: June 6, 2012            ANDREWS, LAGASSE, BRANCH & BELL, LLP
Michael J. O'Connor, Jr., Esq.

__/s/ Michael O'conner_____
By:
Attorneys for Defendants GORDON BIERSCH BREWERY RESTAURANT; CRAFTWORKS RESTAURANTS AND BREWERIES, INC.

### ORDER

The stipulation and joint request to continue the Case Management Conference is **DENIED AS MOOT**. The case has been administratively closed in light of the Consent Decree and Settlement Agreement. (Dkt. Nos. 51 & 52.) All dates have been taken off calendar. If the parties need the Court's assistance resolving issues regarding the Consent Decree or Settlement Agreement, they shall so inform the Court.

Dated: June 7, 2012           _____
                                   Honorable Yvonne Gonzalez Rogers
                                   United States District Judge