LORBER, GREENFIELD & POLITO, LLP
Lisa M. Cappelluti, Esq., SBN 176568
Lisa G. Schlittner, Esq., SBN 133306
150 Post Street, Suite 700
San Francisco, California 94108
TEL: (415) 986-0688 / FAX (415) 986-1172

Attorneys for Defendants PPF Off 345 Spear Street, LP and Morgan Stanley

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO, SCOTT POPE, and SIMON WONG,<br><br>Plaintiffs,<br><br>v.<br><br>GORDON BIERSCH BREWERY RESTAURANT; CRAFTWORKS RESTAURANTS AND BREWERIES, INC.; PPF OFF 345 SPEAR STREET, LP; MORGAN STANLEY; AND DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: C11-00224 ~~DMR~~ YGR<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

Plaintiffs hereby stipulate that Defendants and Plaintiffs have agreed upon a Court-Enforceable Settlement and Release of All Claims.

ACCORDINGLY, the Parties agree to the Stipulation, upon the conditions set forth above and request a dismissal of all further proceedings, with prejudice;

///

///

---

STIPULATION FOR DISMISSAL

1

This Stipulation may be executed in counterparts and facsimile signatures will be deemed original signatures.

Dated: June 6, 2012

LORBER, GREENFIELD & POLITO, LLP

By: _____
Lisa M. Cappelluti, Esq.
Lisa G. Schlittner, Esq.
Attorneys for Defendants PPF OFF 345 SPEAR STREET, LP and MORGAN STANLEY REAL ESTATE ADVISOR, INC

Dated: June 12, 2012

ANDREWS, LAGASSE, BRANCH & BELL, LLP

By: _____
Michael J. O'Conner, Jr., Esq.
Attorneys for Defendants GORDON BIERSCH BREWERY RESTAURANT and CRAFTWORKS RESTAURANTS AND BREWERIES, INC.

Dated: June 29, 2012

LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein, Esq.
Attorneys for Plaintiffs SEBASTIAN DEFRANCESCO, SCOTT POPE, and SIMON WONG

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

June 25, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LORBER, GREENFIELD & POLITO, LLP
150 Post Street, Suite 700, San Francisco, California 94108
Telephone (415) 986-0688 / Facsimile (415) 986-1172

I:\cases\chartis\defrancesco v gordon biersch\pleadings\stipulation

2
STIPULATION FOR DISMISSAL